[No. 21744-2-III.   Division Three.   December 30, 2003.]

*In the Matter of the Estate of* ALMA S. FRINK.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-00582-3, Kathleen M. O'Connor, J., entered December 17, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 28933-4-II.   Division Two.   December 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE TERRIEL POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02259-4, Terry D. Sebring, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 29298-0-II.   Division Two.   December 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH JOHN OLIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00443-1, Roger A. Bennett, J., entered August 29, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29462-1-II.   Division Two.   December 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES MORT MCKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03049-3, D. Gary Steiner and Lisa R. Worswick, JJ., entered October 11, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.